**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     v.<br><br>$40,100.00 in U.S. Currency,<br><br>           Defendant. | Civil Action No.:  5:24-cv-00990 (DNH/ ML) |

**WARRANT FOR ARREST OF ARTICLES IN REM**

**TO THE UNITED STATES MARSHAL OF THE NORTHERN DISTRICT OF NEW YORK OR ANY SUBCONTRACTOR THEREOF AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:**

WHEREAS, a complaint of forfeiture was filed on August 13, 2024, in the United States District Court for the Northern District of New York, by CARLA B. FREEDMAN, United States Attorney and Elizabeth A. Conger, Assistant United States Attorney, on behalf of the United States of America, plaintiff, alleging that the Defendant Currency is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant Currency, and use discretion and whatever means appropriate to protect and maintain said Defendant Currency; and

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the Defendant Currency and that you promptly, after execution of this process, file the same in this Court with your return thereon.

All persons asserting an interest in the Defendant Currency and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims <u>within thirty-five (35) days after the notice is sent</u>; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official government internet website, www.forfeiture.gov; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim.  In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after filing the claim.

Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

All persons asserting an interest in the Defendant Currency are required to file a claim in the Clerk's Office and to answer the complaint within the times above fixed: otherwise, judgment by default will be filed for the relief demanded in the complaint.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of New York,  James Hanley Federal Building, 100 South Clinton Street, Syracuse, New York 13261 with a copy thereof sent to Carla B. Freedman, United States Attorney, Northern District of New York, Elizabeth A. Conger, Assistant United States Attorney, United

States Attorney's Office, James Hanley Federal Building, 100 South Clinton Street, Room 900, Syracuse, New York 13261.

This warrant is issued pursuant to Rule G(3) of the Supplementary Rules for admiralty or Maritime and Asset Forfeiture Claims of the Federal Rules of Civil Procedure.

| | |
|---|---|
| August 13, 2024 | /s/ John Domurad |
| Date | Clerk of Court |
| | s/ Samantha Brahm |
| | (By) Deputy Clerk |

## UNITED STATES MARSHAL'S RETURN

| Northern New York | Date Received | Date Executed |
| --- | --- | --- |
| District | | |

| U.S. Marshal | (By) Deputy Marshal |
| --- | --- |